**No. 11-5982. Michael R. Seehafer, Petitioner v. Wisconsin.**

565 U.S. 1080, 132 S. Ct. 815, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8821.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

Same case below, 332 Wis. 2d 317, 797 N.W.2d 935.